UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, ) <br> WILLIE TOWLES, and all those ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF LANETT, ALABAMA, a municipal ) <br> corporation, et al., ) <br> ) <br> Defendant. ) | Civil Case No.: <br> 3:06-CV-70.WKW |

**JURY DEMAND**

The Defendant, City of Lanett, request a trial by struck jury.

Respectfully submitted,

 /s/ T. Randall Lyons
T. RANDALL LYONS (LYO006)
Attorney for Above-named Defendant

OF COUNSEL:

Webster, Henry, Lyons & White, P.C.
Auburn Bank Center
132 N. Gay Street, Suite 211
Auburn, AL 36830
334-887-0111

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon the following on this the 7th day of March, 2006 via electronic transmission:

C. Michael Seibert
12475 N. Shawdee Road Southeast
Huntsville, AL 35803-3717

Joshua B. White
3113 Ivy Avenue SW
Huntsville, AL 35805

                                              /s/ T. Randall Lyons
                                              OF COUNSEL