UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, ) <br> WILLIE TOWLES, and all those ) <br> similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF LANETT, ALABAMA, a municipal ) <br> corporation, et al., ) <br> ) <br> Defendant. ) | Civil Case No.: <br> 3:06-CV-70.WKW |

### REPORT OF THE PARTIES PLANNING CONFERENCE

1.   **APPEARANCES:**    Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a conference was held on March 23, 2006 via telephone and correspondence between the following:

> Joshua B. White for the Plaintiff;
>
> T. Randall Lyons for the Defendant.

2.   **PRE-TRIAL HEARING/TRIAL DATE:** The parties request that a Pre-Trial hearing of this case be scheduled for June, 2007 in chambers of the United States District Judge, W. Keith Watkins, Frank M. Johnson, Jr., Federal Building in the United States Courthouse, Montgomery, Alabama and that this cause be set for trial during the term of court commencing on August 20, 2007, in Opelika, Alabama. The parties anticipate the trial of this case will take three days.

3.   **PRE-DISCOVERY DISCLOSURES:**    The parties will exchange by April 30, 2006,

Case 3:06-cv-00070-WKW-SRW    Document 7    Filed 03/30/2006    Page 2 of 3

the information required by Rule 26(a)(3).

4.  **DISCOVERY PLAN:**   The parties jointly propose to the Court the following discovery plan:

   a. Discovery will be needed on the following subjects.

   1.  All information pertaining to Plaintiff's claims and damages as set forth in the pleadings.

   2.  All information related to the Defendant's answer to the Plaintiff's complaint (and any amendments thereto) and the Defendant's defenses.

   b. All discovery must be commenced in time to be completed by April1, 2007.

   c. There will be a maximum of forty interrogatories by each party to any other party. The responses will be due thirty days after service.

   d. There will be a maximum of thirty request for production of documents by each party to any other party. The responses will be due thirty days after service.

   e. There will be a maximum of twenty-five request for admissions by each party to any other party. The responses will be due thirty days after service.

   f. The parties agree that no more than eight depositions may be taken by a party without leave of court or agreement of the parties with a maximum time limit of seven hours per deposition for parties and a maximum of four hours for non-parties unless extended by agreement of the parties or the Court.

   g. Reports from retained experts under Rule 26(a)(2) will be due from the Plaintiff by February 1, 2007 and from the Defendant by March 1, 2007.

   h. Supplementation of the court disclosures under Rule 26(e) should be made within thirty days of a party learning of discoverable evidence, with final supplementation occurring on

or will be by April 1, 2007.

5.  **OTHER ITEMS:**

a. **Scheduling Conference:** The parties do not request a conference with the Court before entry of the scheduling order.

b. **Additional Parties, Claims and Defenses:** Any motions to amend the pleadings or to add parties will be filed on or before February 15, 2007.

c. **Dispositive Motions:** All potentially dispositive motions must be filed by April 15, 2007.

d. **Settlement:** Settlement and the possibility for mediation cannot be evaluated until some discovery is completed.

e. **Trail Evidence:** The final list of witnesses and trial evidence under Rule 26(a)(3) should be submitted to the Court with the proposed pre-trial order drafted by the parties. The parties should have ten days after service of the final list of trial evidence to list objections under Rule 26(a)(3).

Dated this 30th day of March, 2006.

/s/ Joshua B. White
JOSHUA B. WHITE
Attorney for the Plaintiff


/s/ C. Michael Seibert
C. MICHAEL SEIBERT
Attorney for the Plaintiff

/s/ T. Randall Lyons
T. RANDALL LYONS
Attorney for Defendant