UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, ) <br> WILLIE TOWLES, and all those ) <br> similarly situated, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITY OF LANETT, ALABAMA, ) <br> a municipal corporation, et al. ) <br> ) <br>     Defendant. ) | Civil Case No. 3:06-CV-70 WKW |

**NOTICE OF SERVICE OF DISCOVERY**

The plaintiffs, American Canine Foundation, et al, file this discovery notice for the following documents:

1. Requests for productions to the Defendant, the City of Lanett, Alabama.

Done this the 1st day of June, 2006.

/s/_____
Joshua B. White (WHI-123)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was served upon the following parties on this the 1st day of June, 2006, via U.S. Mail, postage prepaid:

T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
132 N. Gay Street, Suite 211
Auburn, AL 36830

/s/_____
Joshua B. White (WHI-123)