### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **AMERICAN CANINE FOUNDATION,** | ) | |
| **WILLIE TOWLES, and all those** | ) | |
| **similarly situated,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Case No. 3:06-CV-70 WKW** |
| | ) | |
| **CITY OF LANETT, ALABAMA,** | ) | |
| **a municipal corporation, et al.** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE
### MOTION REQUESTING CLASS CERTIFICATION

The plaintiffs, American Canine Foundation, et al., move this Honorable Court for an extension of time to file their Motion for Class Certification, and in support thereof show as follows:

1.     On or about April 10, 2006, this honorable court issued a Uniform Scheduling Order, which, *inter alia*, set the date for the filing of the Motion for Class Certification as July 6, 2006.

2.     Since that time the parties have been conducting discovery and other investigations to attempt to provide the Court with sufficient information for determining whether this action should be certified as a class action.  Examples of such efforts include without limitation:

   a.     Willie Towles, the named plaintiff has been conducting an survey of the citizens of Lanett, Alabama to procure names and addresses of people affected by the city's ordinance banning certain breeds and sizes of dogs.

   b.     The parties have exchanged discovery which will provide substantial assistance to the Court in defining the class.  Unfortunately, due to a mistake the undersigned counsel made while filing discovery electronically on June 1, 2006, the City of Lanett did not receive these requests until such time that expecting a response to the discovery requests in time for that information to be included in the Motion for Class Certification would impose an undue hardship on the City.

3.     These efforts can be concluded in a quick manner.  The plaintiff's are not seeking to extend the time indefinitely.  Rather, the plaintiffs would ask the Court to extend the time one month, to August 7, 2006.

4.      The undersigned counsel has attempted to contact counsel for the City of Lanett, Alabama but has been unable to reach him to determine whether he would consent to this motion.

5.      Without the extension of time, the undersigned counsel believes the interests of his clients would be prejudiced.  Also, the Court receiving less than optimal information on which to base its ruling as to whether this action should be certified as a class action.

WHEREFORE, the plaintiffs request that this Honorable Court extend the date by which a Motion for Class Certification be filed until August 7, 2006.

Done this the 3rd day of July, 2006.


/s/_____
Joshua B. White (WHI-123)


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was served upon the following parties by filing the same with the Electronic Filing system:

T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
132 N. Gay Street, Suite 211
Auburn, AL 36830



/s/_____
Joshua B. White (WHI-123)