IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

AMERICAN CANINE FOUNDATION, *et al.*,  )
                                       )
    Plaintiffs,                        )
                                       )
    v.                                 )       CASE NO. 3:06-CV-70-WKW
                                       )
CITY OF LANETT, ALABAMA,               )
                                       )
    Defendant.                         )

## **ORDER**

This case is before the Court on the plaintiffs' Motion for Extension of Time to File Motion

Requesting Class Certification (Doc. # 11), filed on July 3, 2006.  Upon consideration, it is hereby

ORDERED that the motion is GRANTED.  The defendants shall file a response to the plaintiffs'

complaint on or before July 21, 2006.

    DONE this the 10th day of July, 2006.


                     /s/   W.  Keith Watkins
                     UNITED STATES DISTRICT JUDGE