IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 3:06-CV-70-WKW |
| ) | |
| CITY OF LANETT, ALABAMA, ) | |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This case is before the Court on the plaintiffs' Motion for Extension of Time to File Motion Requesting Class Certification (Doc. # 11), filed on July 3, 2006. Upon consideration, it is hereby ORDERED that the motion is GRANTED. The plaintiffs shall file any motion for class certification on or before July 21, 2006.

The Order previously entered in this case (Doc. # 12) is hereby VACATED.

DONE this the 10th day of July, 2006.

　　　　　　　　　　　　　　　　　　  /s/  W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE