UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, ) <br> WILLIE TOWLES, and all those ) <br> similarly situated, ) <br>   ) <br>   Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> CITY OF LANETT, ALABAMA, ) <br> a municipal corporation, et al. ) <br>   ) <br>   Defendant. ) | Civil Case No. 3:06-CV-70 WKW |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The plaintiffs, American Canine Foundation, et al., move this Honorable Court to certify this action as a class action pursuant to Fed. R. Civ. P., Rule 23. This motion is based upon the pleadings, exhibits as well as the narrative summary of facts and applicable law outlined in the brief attached hereto.

WHEREFORE, the plaintiffs request that this Honorable Court enter an Order Certifying this action as a class action, and any other relief which the court deems necessary or appropriate.

Done this the 21st day of July, 2006.


/s/ Joshua B. White
Joshua B. White (WHI-123)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was served upon the following parties by filing the same with the Electronic Filing system:

T. Randall Lyons
Webster, Henry, Lyons & White, P.C.
132 N. Gay Street, Suite 211
Auburn, AL 36830


/s/ Joshua B. White
Joshua B. White (WHI-123)