IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 3:06-cv-00070-WKW |
| | ) |
| CITY OF LANETT, ALABAMA | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

It is hereby ORDERED that the pretrial set in Opelika, Alabama for July 23, 2007 is rescheduled for July 18, 2007, in the G. W. Andrews Federal Building & U. S. Courthouse, 701 Avenue A, Opelika, Alabama. The August 20, 2007 trial date remains the same.

Done this the 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE