UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, ) <br> WILLIE TOWLES, and all those ) <br> similarly situated, ) <br>   ) <br>     Plaintiffs, ) <br>   ) <br> v. ) <br>   ) <br> CITY OF LANETT, ALABAMA, ) <br> a municipal corporation, et al. ) <br>   ) <br>     Defendant. ) | Civil Case No. 3:06-CV-70 WKW |

## STIPULATION OF DISMISSAL

Come now, plaintiffs, American Canine Foundation and Willie Towles, and the defendant, City of Lanett, pursuant to Rule 41(a)(1)(ii) and dismiss this action **without prejudice**. Each party is to bear their own costs. The parties respectfully request an Order from the court in accordance with this Stipulation.

Done this the 18th day of May, 2007.


/s/ Joshua B. White
Joshua B. White (WHI-123)
Attorney for the Plaintiffs
229 East Side Square SE
Huntsville, Alabama 35801
Phone: (256) 539-0212
Fax: (256) 536-7493

/s/ T. Randall Lyons
T. Randall Lyons
Attorney for Defendants
Webster, Henry, Lyons & White
N. Gay Street, Suite 211
Auburn, AL 36830