IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| AMERICAN CANINE FOUNDATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 3:06-cv-70-WKW |
| CITY OF LANETT, ALABAMA., *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Before the court is the parties' Stipulation of Dismissal (Doc. # 17). It is ORDERED that the Motion is GRANTED and this case is DISMISSED without prejudice. The parties shall bear their own costs related to this matter.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 18th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE